**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7650**

LARRY BRANDON MOORE,

Plaintiff - Appellant,

v.

RANDY S. MULL, Disciplinary Hearing Officer, individually and in his official capacity; GEORGE T. SOLOMON, Director of N.C.D.P.S., D.A.C., individually and in their official capacity; PECK TAYLOR, Assistant Superintendent of Custody and Operations and Acting Superintendent at A.M.C.I., individually and in their official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Frank D. Whitney, Chief District Judge.  (1:16-cv-00249-FDW)

Submitted:  April 25, 2017                                            Decided:  April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Brandon Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Brandon Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Moore's motion to appoint counsel and affirm for the reasons stated by the district court. *Moore v. Mull*, No. 1:16-cv-00249-FDW (W.D.N.C. Oct. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*